A CERTIFIED TRUE COPY

NOV 1 4 2006

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

By: [signature] Jennifer Dvolinski
Deputy Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 26 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1742

06-CV-01993-WDM-BNB

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 7 2006

GREGORY C. LANGHAM
CLERK

*IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-23)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 246 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 1 4 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-23 - TAG-ALONG ACTIONS
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN  2  06-1687 | Elizabeth Ruth Dodd v. Johnson & Johnson, et al. |
| ALN  2  06-1987 | Regina Burruss v. Johnson & Johnson, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC  2  06-5054 | Tamara Randolph v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| CAC  5  06-882 | Deana Eckert v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **CALIFORNIA EASTERN** | |
| CAE  1  06-833 | Tamara Lynn Martin, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| CAE  2  06-1450 | Chris Stark, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **COLORADO** | |
| CO   1  06-1993 | Myndee Allen v. Johnson & Johnson, et al. |
| CO   1  06-1994 | Laurie Olson v. Johnson & Johnson, et al. |
| **GEORGIA NORTHERN** | |
| GAN  1  06-2351 | Latoya Clay v. Johnson & Johnson, et al. |
| **ILLINOIS CENTRAL** | |
| ILC  2  06-2173 | Shirley James v. Johnson & Johnson, et al. |
| **KENTUCKY EASTERN** | |
| KYE  2  06-172 | Elizabeth Budrick, et al. v. Johnson & Johnson, et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN  1  06-166 | Regina Townsend v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **NEW JERSEY** | |
| NJ   2  06-4114 | Sara Ramsdell v. Johnson & Johnson, et al. |
| NJ   2  06-4115 | Bridgette Carter v. Johnson & Johnson, et al. |
| NJ   2  06-4116 | Natalia Iglesias, et al. v. Johnson & Johnson, et al. |
| NJ   2  06-4117 | Tabatha Robbins Cooper, et al. v. Johnson & Johnson, et al. |
| NJ   3  06-3839 | Brandi Bennett v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **PENNSYLVANIA MIDDLE** | |
| PAM  3  06-1645 | Tanya Wagner v. Johnson & Johnson, et al. |
| **SOUTH CAROLINA** | |
| SC   2  06-2722 | Peggy J. Funny-Roane v. Johnson & Johnson, et al. |
| **UTAH** | |
| UT   2  06-796 | Christina Robinson, et al. v. Johnson & Johnson, et al. |